PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 11, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**JAMES THOMAS ROBINSON and MARGARET LEE ROBINSON,**

        Debtors.
_____/

Case No. 11-42467 RLE

Chapter 13

ORDER VALUING LIEN OF ONEWEST BANK, FSB AS SUCCESSOR TO INDYMAC

    On April 18, 2011, James and Margaret Robinson (hereinafter Debtors) served a motion to value the lien of OneWest Bank, FSB as successor to Indymac (hereinafter Lienholder) against the property commonly known as 5667 Greenridge Road, Castro Valley, CA 94552 which lien was recorded in Alameda county on or about April 12, 2006 as document 2006144817 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
                    COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

James and Margaret Robinson
5667 Greenridge Road
Castro Valley, CA 94552

Attn: Officer
Wells Fargo Bank, NA
101 N. Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr, Suite 100
Sacramento, CA 95833

Attn: Officer
OneWest Bank, FSB
888 E. Walnut Street
Pasadena, CA 91101

Attn: Christopher M. McDermott
Wells Fargo Home Mortgage
C/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Attn: Officer or Managing Agent
Wells Fargo Home Mortgage, INC.
1 Home Campus MAC X2401-049
Des Moines, IA 50328

Attn: Officer or Managing Agent
Wells Fargo Home Mortgage, INC
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Dr, Suite 100
Sacramento, CA 95833
```