UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:
James Thomas Robinson
aka Jim Robinson and
Margaret Lee Robinson
aka Peg Robinson,
        Debtors.

BANKRUPTCY NO. 11-42467

## TRANSFER OF CLAIM

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer of the claim, referenced in this evidence and notice.

Ocwen Loan Servicing          One West Bank, FSB
Name of Transferee          Name of Transferor

Name and Address where notices to transferee
should be sent:

Ocwen Loan Servicing
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Court Claim # (if known): 19-1
Amount of Claim: $144,793.01
Date Claim Filed: 6/20/2011

Phone: (888) 554-6599
Last Four Digits of Acct #: XXXXXX6272

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Ocwen Loan Servicing
Attn: Cashiering Department
1661 Worthington Rd, Suite 100
West Palm Beach, Florida 33409

Phone: (888) 554-6599
Last Four Digits of Acct #: XXXXXX6272

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Joe Solseng_____          Date: September 15, 2014
        Transferee/ Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
60128-14969-BK-CA/TRANSFER FOR CLAIM

Case: 11-42467    Doc# 33    Filed: 09/15/14    Entered: 09/15/14 16:03:41    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:
James Thomas Robinson
aka Jim Robinson and
Margaret Lee Robinson
aka Peg Robinson,
                Debtors.

BANKRUPTCY NO. 11-42467

NOTICE OF TRANSFER OF CLAIM

Claim No. 19-1 was filed or deemed filed under 11 U.S.C. § 111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on September 15, 2014.

One West Bank, FSB
Name of Alleged Transferor

Address of Alleged Transferor:

2900 Esperanza Crossing
Austin, TX 78758

Ocwen Loan Servicing
Name of Alleged Transferee

Address of Alleged Transferee:
Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original without further order of the court.

Date: _____

_____
CLERK OF THE COURT

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
60128-14969-BK-CA/TRANSFER FOR CLAIM