PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed August 18, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-42467 RLE |
| **JAMES THOMAS ROBINSON and MARGARET LEE ROBINSON,** | Chapter 13 |
| Debtors. | JUDGMENT VOIDING LIEN OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H2, AND ITS SUCCESSORS IN INTEREST AS SERVICED BY OCWEN LOAN SERVICING, LLC |

On May 11, 2011, this court entered an ORDER VALUING SECOND LIEN OF ONEWEST BANK, FSB AS SUCCESSOR TO INDYMAC against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained a discharge, the court now therefore enters the following judgment:

1    The second lien of Deutsche Bank National Trust Company as
2    Indenture Trustee for IndyMac Home Equity Mortgage Loan Asset-Backed
3    Trust, Series H-2, and its successors in interest as serviced by Ocwen
4    Loan Servicing, LLC regarding the property commonly known as 5667
5    Greenridge Road, Castro Valley, CA 94552-2625, and which was recorded
6    in Alameda County on or about February 23, 2006 as document 2006066951
7    and assigned to IndyMac Bank on April 12, 2006 as document 2006144817,
8    is hereby determined to be entirely, permanently, and for all purposes
9    void and unenforceable.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | James Thomas Robinson |
| 4 | Margaret Lee Robinson |
| | 5667 Greenridge Road |
| 5 | Castro Valley, CA 94552-2625 |
| 6 | Attn: Officer |
| | Deutsche Bank Trust Company Americas |
| 7 | 60 Wall Street |
| | New York, NY 10005 |
| 8 | Attn: Officer |
| | Deutsche Bank Trust Company Delaware |
| 9 | 1011 Centre Road, Suite 200 |
| | Wilmington, DE 19805 |
| 10 | |
| | Attn: Officer |
| 11 | Ocwen Loan Servicing, LLC |
| | 1661 Worthington Road, Suite 100 |
| 12 | West Palm Beach, FL 33409 |
| 13 | Attn: Officer |
| | Ocwen Loan Servicing, LLC |
| 14 | C/o CSC Lawyers Incorporating Service |
| | 2710 Gateway Oaks Drive, Suite 150N |
| 15 | Sacramento, CA 95833 |
| 16 | Attn: Bankruptcy Department |
| | Ocwen Loan Servicing, LLC |
| 17 | PO Box 24605 |
| | West Palm Beach, FL 33416-4605 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |